```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    S1 22cr695-2(DLC)
                                           :
            -v-                            :    ORDER
                                           :
JEROME WEAH,                               :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to waive indictment and enter a change of plea on **January 10, 2023 at 11:00 AM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
          January 6, 2023

_____
DENISE COTE
United States District Judge