AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>JEROME WEAH | )<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| Date of Original Judgment: | 04/14/2023 |
| Date of Previous Amended Judgment: | |
| *(Use Date of Last Amended Judgment if Any)* | |

Case No: S1 22-CR-00695-02 (DLC)

USM No: 09141-510

Mark Gombiner                    AUSA Matthew Weinberg
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___04/14/2023___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___7/16/24___

Effective Date: _____
*(if different from order date)*

_____
*Judge's signature*

Denise Cote, U.S. District Judge
*Printed name and title*