UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        S1 22cr695-2(DLC)
                                          :
            -v-                           :        ORDER
                                          :
JEROME WEAH,                              :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On July 16, 2024, this Court issued an Opinion denying the defendant's motion for a sentence reduction pursuant to Amendment 821.  On July 18, the Court received and docketed an application from the defendant for an Order to Show Cause why the Government should not respond to the defendant's motion for a sentence reduction.  Accordingly, it is hereby

ORDERED that the July 18 motion is denied as moot.

IT IS FURTHER ORDERED that the Clerk of Court shall mail the defendant a copy of this Order and the July 16 Opinion and note service on the docket.

Dated:    New York, New York
          July 22, 2024

                              _____
                                    DENISE COTE
                              United States District Judge